(Reported below: 66 Fed. Appx. 526);
(67 Fed. Appx. 243);
(67 Fed. Appx. 245);
(67 Fed. Appx. 247);
(67 Fed. Appx. 253);
(67 Fed. Appx. 244);
(73 Fed. Appx. 79);
(67 Fed. Appx. 244);
(67 Fed. Appx. 245);
(67 Fed. Appx. 245);
(67 Fed. Appx. 246);
(67 Fed. Appx. 246);
(66 Fed. Appx. 525);
(67 Fed. Appx. 246);
(67 Fed. Appx. 247);
(67 Fed. Appx. 252). C. A. 5th Cir. Certiorari denied.